AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00306 |
| Michael Hershberger-Davis (AKA: Michael Hershberger) | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 9/26/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Hershberger-Davis (AKA: Michael Hershberger),
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/26/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui; U.S. Magistrate Judge

---

**Return**

This warrant was received on *(date)* 9/26/2024, and the person was arrested on *(date)* 10/16/2024
at *(city and state)* Statesville, NC.

Date: 10/16/2024

*Arresting officer's signature*

Jared Schaefer  FBI/SA
*Printed name and title*